STATE ex rel. James S. CORCORAN, et al., Plaintiffs-Appellants,

v.

Mel CARNAHAN, etc., et al., Defendants-Respondents.

No. 65208.

Supreme Court of Missouri, En Banc.

Feb. 2, 1984.

Rehearing Denied March 20, 1984.

ORDER

PER CURIAM.

The Court having considered the briefs and arguments of the parties and it appearing that the writ of mandamus is not a writ of right and issues only when the party requesting the writ has a clear and unequivocal right to the relief requested and to enforce, not establish, a claim or right, the order of the trial court issuing the writ herein is vacated and for naught held. Cause dismissed.